IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ELIZABETH KARLSON,<br><br>        Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>        Defendants. | Case No. 25-cv-11921<br><br>**Judge Manish S. Shah** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff ELIZABETH KARLSON ("Karlson" or "Plaintiff") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS Karlson's Motion as follows.

This Court finds Karlson has provided notice to Defendants in accordance with the Temporary Restraining Order entered October 7, 2025, [19] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, on a preliminary basis, that Defendants have sold products using infringing versions of Karlson's federally registered copyright, which is protected by U.S. Copyright Registration No. VA 2-423-353 (the "Elizabeth Karlson Work").

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of Karlson's previously granted Motion for Entry of a TRO establishes that Karlson has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Karlson will suffer irreparable harm if the injunction is not granted.

Specifically, Karlson has proved a *prima facie* case of copyright infringement because (1) Plaintiff is the owner of the registered Elizabeth Karlson Work, (2) Defendants are not licensed or authorized to use the Elizabeth Karlson Work, and (3) Defendants' use of the Elizabeth Karlson Work is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Karlson. Furthermore, Defendants' continued and unauthorized use of the Elizabeth Karlson Work irreparably harms Karlson through diminished goodwill and brand confidence, damage to Karlson's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Karlson has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
    a. using the Elizabeth Karlson Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Karlson

        product or not authorized by Karlson to be sold in connection with the Elizabeth Karlson Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Karlson product or any other product produced by Karlson, that is not Karlson's or not produced under the authorization, control, or supervision of Karlson and approved by Karlson for sale under the Elizabeth Karlson Work;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of Karlson, or are sponsored by, approved by, or otherwise connected with Karlson; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Karlson, nor authorized by Karlson to be sold or offered for sale, and which bear any of Karlson's copyrights, including the Elizabeth Karlson Work, or any reproductions, infringing copies, or colorable imitations.

2. Upon Karlson's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to Karlson expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

    a.  the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

    b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

    c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.  Upon Karlson's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Elizabeth Karlson Work.

4.  Any Third Party Providers, including Amazon, shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration of Elizabeth Karlson, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of funds traceable to the proceeds of sales of products using the Elizabeth Karlson Work until further order by this Court, or the expiration of this Order, whichever is earlier.

5. Karlson may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website or by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Elizabeth Karlson and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "HAI-H and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

6. Plaintiff's Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Elizabeth Karlson [16], and the TRO [19] are unsealed.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure

and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

8. The On Hundred Thousand Dollar ($100,000) bond posted by Karlson shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

        SO ORDERED:

        */s/ Manish S. Shah*
        Manish S. Shah
        United States District Judge

Dated: October 21, 2025

## Schedule A

| No. | Defendants |
|---|---|
| 1 | HAI-H |
| 2 | YAFINMO |
| 3 | Ji&Hua-You |
| 4 | Black Friday Deals 2024-YNOLW |
| 5 | YCW231212 |
| 6 | HZEY |
| 7 | 🚀 🚀 7-15 days Delivery |
| 8 | Jamesonz |
| 9 | ZDRZK Direct Online |
| 10 | Prime Day Deals Clearance |
| 11 | slqdgmryz-Black Friday Deals 7-20 Days Delivery |
| 12 | ✈US Stock(5-7fast shipping) |
| 13 | YoutuTL |
| 14 | HONGLING |
| 15 | Kuluzego |
| 16 | TANGNADE Direct |
| 17 | RONGLIYI |
| 18 | WinGi92 |
| 19 | Woot Deals of the JIANXHD |
| 20 | Beixinchen |
| 21 | HEATHEx |
| 22 | ★Black Friday Deals Christmas Sale★6-12 day★ |
| 23 | JIOEEH |
| 24 | Ruixinchengwangluo |
| 25 | MCHAOJIE |
| 26 | wangwucheng |
| 27 | Ohdfe Prime Day Deals Today 2024 |
| 28 | 2024 Black Friday Deals & MGWTFZDL |
| 29 | SHAOBGE Online |
| 30 | Pitauce |
| 31 | chenjuqin us |
| 32 | Byrid |
| 33 | ★★★★★ZCJBWWHF |
| 34 | 2024 Black friday Deals Christmas Sale |
| 35 | GOINGJIN |
| 36 | Weisalu |

| | |
|---|---|
| 37 | pbnNwa |
| 38 | Deals of The Day Clearance Sweater |
| 39 | MENGQIWANJU |
| 40 | YTKKBDFACAI |
| 41 | AMXYFBK(7-15 days delivery ) ★ ★ ★ ★ ★ |
| 42 | 10-15 Days Delivery ADHOWBEW |
| 43 | CUCUHAM |
| 44 | Black Friday Deals 2024-Show TINE ON |
| 45 | DAZLOR |
| 46 | GwenjuH |
| 47 | Fashion Store(7-14 Day Delivery) |
| 48 | Ykohkofe |
| 49 | PIngPENG |
| 50 | Merry Christmas 2024 Moistihket |
| 51 | Ceboyel |
| 52 | early black friday sales |
| 53 | LCUFREOZ black friday deals 2024 |
| 54 | CHSHZ |
| 55 | RMXEi Black Friday Deals 2024 |
| 56 | Xs-meicbu |
| 57 | NaRHbrg Fashion |
| 58 | Youmymine |
| 59 | SPE969 (7-14Delivery ) |
| 60 | BBOSCH |
| 61 | Deal of the Day Clearance |
| 62 | Black Friday Sales 2024 |
| 63 | Finelylove Store |
| 64 | BCDshop |
| 65 | MussMoo |
| 66 | Liaoruay |
| 67 | NIAIOCTI |
| 68 | Leiyiluyinget |
| 69 | new-new |
| 70 | koUStoPPP（7-15 days delivery） |
| 71 | Fattazi |
| 72 | Lightning Deals Of Today Prime ROPNGIH |
| 73 | Black Friady of Deals 2024 |
| 74 | Shidongyang |
| 75 | TAI SHOP |

| | |
|---|---|
| 76 | xuzaqawe |
| 77 | CSCBAIBA |
| 78 | JJHAEVDY |
| 79 | NBXNZWF Clearance（6-13 days delivery） |
| 80 | MLYYJCKG(6-12days) |
| 81 | SanDiDa |
| 82 | my orders ★ XINGAN Black Friday Deals 2024 |
| 83 | FuYangJia |
| 84 | jeycheng |
| 85 | hiqo（Shipped in 7-15 days） |
| 86 | ♡Religeuses♡ |
| 87 | GOODNICE |
| 88 | Amaze-store |
| 89 | Tian'er Clothing Brand Store |
| 90 | Black Friday Deals 2024 CCHZYSKO |
| 91 | todays daily deals clearance-Tthxqing |
| 92 | Luhylyana |
| 93 | ADthem |
| 94 | Luooli(7-20 Days Delivery) |
| 95 | Best Sellers(6-12Day⤵)◀9999+★★★★★▶AMZ-Choice |
| 96 | Yxjinpin |
| 97 | ZSpzx-US |
| 98 | acdytion |
| 99 | niaoniaokeji dsin |
| 100 | Dimaijia |
| 101 | TIANHEKAI-MEI |
| 102 | Mumingsm |
| 103 | ReenRuuo |
| 104 | SunSing |
| 105 | JEGULV my orders placed recently by me |
| 106 | fartey (black friday deals 2024) |
| 107 | SYQRWXO Lightning Deals of Today Prime |
| 108 | Deepclaoto （50% off prime day deals today 2024） |
| 109 | PWVXCZ |
| 110 | DOMENRY |
| 111 | black friday deals 2024(Up To 50% Off Sale) |
| 112 | FlekmanArt-Prime Day Deals-80% OFF |
| 113 | Prime Day Deals Today 2024 XXONLNN |
| 114 | black friday 2024 (Up to 50% off sale) |

9

| | |
|---|---|
| 115 | Todays Daily Deals openpig |
| 116 | Fong&YIN |
| 117 | my orders 2024 clearance sale |
| 118 | Lightning Deals of Today Prime XAZEIC |
| 119 | Lightning Deals Of Today Prime Big Dsjgphe |
| 120 | GOFLIC Fashion |
| 121 | Prime Day Deals Today 2024-Sales Today Clearance |
| 122 | YANJICEN |
| 123 | Generic(Lightning Deals) |
| 124 | SGHOEGU My Orders |
| 125 | black friday deals 2024-deals under 10 dollars |
| 126 | Fanteecy Lightning Deals of Today |
| 127 | TAJongUDL Warehouse Clearance 跟卖秒投 |
| 128 | SERYU |
| 129 | WEILIYUKAI |
| 130 | MANLINGYA |
| 131 | HYYGOCCTV Black Friday Deals 2024 |
| 132 | Black Friday Deals 2024 Christmas Sale ➤6-12 days |
| 133 | CUAEAXU |
| 134 | BAKREP black friday deals 2024 |
| 135 | OKDNAJDD |
| 136 | UANGKOU US-7-15 Days Delivery |
| 137 | Black Friday Deals 2024 LCMTWX |
| 138 | TOTGO US |
| 139 | DappyLINE |
| 140 | Deal of The Day Prime Today |
| 141 | NaDiNg |
| 142 | JowenShop |
| 143 | Glkaend Shop |
| 144 | shangqinkai |
| 145 | ⭐ Willisos Store ⭐ |
| 146 | Jiabo |
| 147 | FRVBTC |
| 148 | hlysgo winter coats clearance |
| 149 | Youshengs |
| 150 | Pikakos |
| 151 | Morning starr |
| 152 | Geleglaer |
| 153 | guolicheng |

| | |
|---|---|
| 154 | KIKX0DE |
| 155 | IEPOFG Warehouse Clearance |
| 156 | EANJE shop |
| 157 | Black friday deals 2024, Cyber 7-15 days delivery |
| 158 | FOCLMP（7-15 days to be delivered） |
| 159 | Oujukkk |
| 160 | 2024 Todays Daily Deals Clearance |
| 161 | GIANTHONG Prime Day Deals Today 2024 |
| 162 | xuebaijuanfa |
| 163 | Barnrae |
| 164 | deafey |
| 165 | DFooooti |
| 166 | SUUTFBWV-Black Friday Deals 7-15 Days Delivery |
| 167 | TGBBMP |
| 168 | yiyumingKEJI |
| 169 | HUILIFJAN |
| 170 | YRAETENM(black friday deals 2024) |
| 171 | wanleiwan |
| 172 | Amanda 7-15 Days Delivery |
| 173 | Bokeley |
| 174 | GOJME |
| 175 | Pa01.3 |
| 176 | aqpeTu |
| 177 | Topgee(Big Promotion) |
| 178 | Hazzigo |
| 179 | ✯✯✯✯✯FANTONQ My Orders |
| 180 | PinBoParis |
| 181 | LuxuryWind |
| 182 | FBMDBB |
| 183 | EBurly |
| 184 | Yiyhc |
| 185 | Daoyan |
| 186 | Yelong Co., Ltd |
| 187 | FHAIF |
| 188 | Gantang store |
| 189 | leizeshangmao |
| 190 | Snehg shop |
| 191 | chenfanbaihuo |
| 192 | Put on beautiful |

| 193 | puyangjinchengshangmaoyouxiangongsi |
|-----|--------------------------------------|
| 194 | Xiao TianTian |
| 195 | ChenDou |
| 196 | HuXG Store-US |
| 197 | DaFuGui |
| 198 | HOUHOUBEI |
| 199 | ZHANGJIANWEI |
| 200 | changyibaihuodian |
| 201 | xianyugongsi |
| 202 | Deals of the Day Mens Clearance |
| 203 | SMIDOW Direct |
| 204 | Aryapyper（6-11 days deliverly） |