IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ELIZABETH KARLSON,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-11921

Judge Manish S. Shah

Magistrate Judge Albert Berry, III

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 4 | Black Friday Deals 2024-YNOLW |
| 5 | YCW231212 |
| 6 | HZEY |
| 9 | ZDRZK Direct Online |
| 11 | slqdgmryz-Black Friday Deals 7-20 Days Delivery |
| 13 | YoutuTL |
| 14 | HONGLING |
| 15 | Kuluzego |
| 17 | RONGLIYI |
| 24 | Ruixinchengwangluo |
| 25 | MCHAOJIE |
| 28 | 2024 Black Friday Deals & MGWTFZDL |
| 29 | SHAOBGE Online |
| 34 | 2024 Black friday Deals Christmas Sale |
| 35 | GOINGJIN |
| 36 | Weisalu |
| 41 | AMXYFBK(7-15 days delivery )★★★★★ |
| 42 | 10-15 Days Delivery ADHOWBEW |
| 43 | CUCUHAM |
| 51 | Ceboyel |

| No. | Name |
|---|---|
| 57 | NaRHbrg Fashion |
| 61 | Deal of the Day Clearance |
| 64 | BCDshop |
| 70 | koUStoPPP（7-15 days delivery） |
| 73 | Black Friady of Deals 2024 |
| 74 | Shidongyang |
| 75 | TAI SHOP |
| 79 | NBXNZWF Clearance（6-13 days delivery） |
| 90 | Black Friday Deals 2024 CCHZYSKO |
| 95 | Best Sellers(6-12Day⇲)◀9999+ ★ ★ ★ ★ ★ ▶AMZ- |
| 100 | Dimaijia |
| 102 | Mumingsm |
| 108 | Deepclaoto （50% off prime day deals today 2024） |
| 117 | my orders 2024 clearance sale |
| 124 | SGHOEGU My Orders |
| 128 | SERYU |
| 131 | HYYGOCCTV Black Friday Deals 2024 |
| 132 | Black Friday Deals 2024 Christmas Sale ➤6-12 days |
| 135 | OKDNAJDD |
| 137 | Black Friday Deals 2024 LCMTWX |
| 143 | Glkaend Shop |
| 147 | FRVBTC |
| 151 | Morning starr |
| 154 | KIKX0DE |
| 157 | Black friday deals 2024, Cyber 7-15 days delivery |
| 163 | Barnrae |
| 171 | wanleiwan |
| 176 | aqpeTu |
| 186 | Yelong Co., Ltd |
| 187 | FHAIF |
| 188 | Gantang store |
| 190 | Snehg shop |
| 197 | DaFuGui |
| 198 | HOUHOUBEI |
| 199 | ZHANGJIANWEI |
| 200 | changyibaihuodian |
| 201 | xianyugongsi |
| 202 | Deals of the Day Mens Clearance |
| 203 | SMIDOW Direct |
| 204 | Aryapyper（6-11 days deliverly） |

DATED: November 5, 2025    Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on November 5, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

                                                                      */s/ Keith A. Vogt*
                                                                        Keith A. Vogt