# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH KARLSON,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 25-cv-11921<br><br>**Judge Manish S. Shah** |

## DEFAULT FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff ELIZABETH KARLSON ("Karlson" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Karlson having moved for entry of Default and Default Judgment against the defendants identified on First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Karlson having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that, by virtue of their default, Defaulting Defendants because Defaulting Defendants have sold products using infringing versions of Karlson's federally registered copyright which is protected by U.S. Copyright Registration No. VA 2-423-353 (the "Elizabeth Karlson Work").

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Karlson's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Elizabeth Karlson Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Elizabeth Karlson product or not authorized by Karlson to be sold in connection with the Elizabeth Karlson Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Elizabeth Karlson product or any other product produced by Karlson, that is not

    Karlson's or not produced under the authorization, control, or supervision of Karlson and approved by Karlson for sale under the Elizabeth Karlson Work;

  c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Karlson, or are sponsored by, approved by, or otherwise connected with Karlson; and

  d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Karlson, nor authorized by Karlson to be sold or offered for sale, and which bear any of Karlson's copyrights, including the Elizabeth Karlson Work, or any reproductions, infringing copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

  a. using, linking to, transferring, selling, or exercising control over Defendant Internet Stores, or any other online marketplace account, to sell infringing goods using the Elizabeth Karlson Work; and

  b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Elizabeth Karlson Work or any reproductions, infringing copies, or colorable imitations thereof that is not a genuine Elizabeth Karlson product or not authorized by Karlson to be sold in connection with the Elizabeth Karlson Work.

3. Upon Karlson's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Elizabeth Karlson Work.

4. Pursuant to 17 U.S.C. § 504(c)(2), Karlson is awarded statutory damages from each of the Defaulting Defendants in the amount of twelve thousand, five-hundred dollars ($12,500) for willful use of infringing Elizabeth Karlson Work on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon are hereby released to Karlson as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Karlson the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Karlson has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Karlson shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Karlson identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Karlson may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Elizabeth Karlson and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The One Hundred Thousand U.S. Dollar ($100,000) bond posted by Karlson is hereby released to Karlson or Plaintiff's counsel, JiangIP LLC, 33 West Jackson Boulevard, #2W, Chicago, Illinois 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Karlson or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: November 13, 2025

Manish S. Shah
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 | 🚀🚀7-15 days Delivery |
| 8 | Jamesonz |
| 9 |  |
| 10 | Prime Day Deals Clearance |
| 11 |  |
| 12 | ✈US Stock(5-7fast shipping) |
| 13 |  |
| 14 |  |
| 15 |  |
| 16 |  |
| 17 |  |
| 18 | WinGi92 |
| 19 | Woot Deals of the JIANXHD |
| 20 | Beixinchen |
| 21 | HEATHEx |
| 22 | ⭐Black Friday Deals Christmas Sale⭐6-12 day⭐ |
| 23 | JIOEEH |
| 24 |  |
| 25 |  |
| 26 | wangwucheng |
| 27 | Ohdfe Prime Day Deals Today 2024 |
| 28 |  |
| 29 |  |
| 30 | Pitauce |
| 31 | chenjuqin us |
| 32 | Byrid |
| 33 | ⭐⭐⭐⭐⭐ZCJBWWHF |
| 34 |  |
| 35 |  |

| | |
|---|---|
| 36 | |
| 37 | pbnNwa |
| 38 | Deals of The Day Clearance Sweater |
| 39 | MENGQIWANJU |
| 40 | YTKKBDFACAI |
| 41 | |
| 42 | |
| 43 | |
| 44 | Black Friday Deals 2024-Show TINE ON |
| 45 | DAZLOR |
| 46 | GwenjuH |
| 47 | Fashion Store(7-14 Day Delivery) |
| 48 | Ykohkofe |
| 49 | PIngPENG |
| 50 | |
| 51 | |
| 52 | early black friday sales |
| 53 | LCUFREOZ black friday deals 2024 |
| 54 | CHSHZ |
| 55 | RMXEi Black Friday Deals 2024 |
| 56 | Xs-meicbu |
| 57 | |
| 58 | Youmymine |
| 59 | SPE969 (7-14Delivery ) |
| 60 | BBOSCH |
| 61 | |
| 62 | Black Friday Sales 2024 |
| 63 | |
| 64 | |
| 65 | MussMoo |
| 66 | Liaoruay |
| 67 | NIAIOCTI |
| 68 | Leiyiluyinget |
| 69 | |
| 70 | |
| 71 | Fattazi |
| 72 | Lightning Deals Of Today Prime ROPNGIH |
| 73 | |
| 74 | |

| 75 | |
|---|---|
| 76 | xuzaqawe |
| 77 | CSCBAIBA |
| 78 | JJHAEVDY |
| 79 | |
| 80 | MLYYJCKG(6-12days) |
| 81 | SanDiDa |
| 82 | my orders ⭐ XINGAN Black Friday Deals 2024 |
| 83 | FuYangJia |
| 84 | |
| 85 | hiqo（Shipped in 7-15 days） |
| 86 | 🩷Religeuses🩷 |
| 87 | |
| 88 | Amaze-store |
| 89 | Tian'er Clothing Brand Store |
| 90 | |
| 91 | |
| 92 | Luhylyana |
| 93 | |
| 94 | Luooli(7-20 Days Delivery) |
| 95 | |
| 96 | Yxjinpin |
| 97 | ZSpzx-US |
| 98 | acdytion |
| 99 | |
| 100 | |
| 101 | |
| 102 | |
| 103 | ReenRuuo |
| 104 | SunSing |
| 105 | JEGULV my orders placed recently by me |
| 106 | |
| 107 | SYQRWXO Lightning Deals of Today Prime |
| 108 | |
| 109 | PWVXCZ |
| 110 | DOMENRY |
| 111 | black friday deals 2024(Up To 50% Off Sale) |
| 112 | FlekmanArt-Prime Day Deals-80% OFF |
| 113 | Prime Day Deals Today 2024 XXONLNN |

| | |
|---|---|
| 114 | black friday 2024 (Up to 50% off sale) |
| 115 | Todays Daily Deals openpig |
| 116 | |
| 117 | |
| 118 | Lightning Deals of Today Prime XAZEIC |
| 119 | Lightning Deals Of Today Prime Big Dsjgphe |
| 120 | |
| 121 | Prime Day Deals Today 2024-Sales Today Clearance |
| 122 | YANJICEN |
| 123 | Generic(Lightning Deals) |
| 124 | |
| 125 | black friday deals 2024-deals under 10 dollars |
| 126 | Fanteecy Lightning Deals of Today |
| 127 | TAJongUDL Warehouse Clearance 跟卖秒投 |
| 128 | |
| 129 | WEILIYUKAI |
| 130 | MANLINGYA |
| 131 | |
| 132 | |
| 133 | CUAEAXU |
| 134 | BAKREP black friday deals 2024 |
| 135 | |
| 136 | UANGKOU US-7-15 Days Delivery |
| 137 | |
| 138 | TOTGO US |
| 139 | |
| 140 | |
| 141 | NaDiNg |
| 142 | JowenShop |
| 143 | |
| 144 | shangqinkai |
| 145 | ⭐ Willisos Store ⭐ |
| 146 | Jiabo |
| 147 | |
| 148 | |
| 149 | Youshengs |
| 150 | Pikakos |
| 151 | |

| | |
|---|---|
| 152 | Geleglaer |
| 153 | |
| 154 | |
| 155 | |
| 156 | EANJE shop |
| 157 | |
| 158 | |
| 159 | Oujukkk |
| 160 | 2024 Todays Daily Deals Clearance |
| 161 | GIANTHONG Prime Day Deals Today 2024 |
| 162 | xuebaijuanfa |
| 163 | |
| 164 | deafey |
| 165 | DFooooti |
| 166 | SUUTFBWV-Black Friday Deals 7-15 Days Delivery |
| 167 | TGBBMP |
| 168 | |
| 169 | HUILIFJAN |
| 170 | |
| 171 | |
| 172 | Amanda 7-15 Days Delivery |
| 173 | Bokeley |
| 174 | GOJME |
| 175 | |
| 176 | |
| 177 | Topgee(Big Promotion) |
| 178 | Hazzigo |
| 179 | ✦✦✦✦✦FANTONQ My Orders |
| 180 | PinBoParis |
| 181 | LuxuryWind |
| 182 | FBMDBB |
| 183 | EBurly |
| 184 | Yiyhc |
| 185 | Daoyan |
| 186 | |
| 187 | |
| 188 | |
| 189 | leizeshangmao |

| | |
|---|---|
| 190 | |
| 191 | chenfanbaihuo |
| 192 | Put on beautiful |
| 193 | puyangjinchengshangmaoyouxiangongsi |
| 194 | Xiao TianTian |
| 195 | ChenDou |
| 196 | HuXG Store-US |
| 197 | |
| 198 | |
| 199 | |
| 200 | |
| 201 | |
| 202 | |
| 203 | |
| 204 | |