# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ELIZABETH KARLSON, | |
| Plaintiff, | Case No.: 1:25-cv-11921 |
| v. | Judge Manish S. Shah |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Albert Berry, III |
| Defendants. | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on 11/13/2025 [35] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 7 | 🚀🚀7-15 days Delivery |
| 26 | wangwucheng |
| 33 | ⭐⭐⭐⭐⭐ZCJBWWHF |
| 40 | YTKKBDFACAI |
| 55 | RMXEi Black Friday Deals 2024 |
| 62 | Black Friday Sales 2024 |
| 121 | Prime Day Deals Today 2024-Sales Today Clearance |
| 129 | WEILIYUKAI |
| 138 | TOTGO US |
| 146 | Jiabo |
| 150 | Pikakos |
| 179 | ⭐⭐⭐⭐⭐FANTONQ My Orders |
| 184 | Yiyhc |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: December 26, 2025

Respectfully submitted,

*K. Vogt* (signature)

Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Keith A. Vogt, on this  26  day of December , 2025.

Given under by hand and notarial seal.

_Griselda Delgado_ (signature)
NOTARY PUBLIC

STATE OF  Illinois 

COUNTY OF  Cook 



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026